Meridian Ms.
Management Training Corporation
East Ms. Correctional Facility

Page 1   3:23cv384-HTW-LGI   Subpoena Eye Care Medical Request Records Forms 2020 to 2021, 2021 to 2023

I Mark Edward Moses would like to Subpoena my Medical Records concerning my Left and Right eyes. Ms. Prison Doctors have been Looking at my catterax. Starting with Rankin County Prison in 2020. They told me three times each visit, that a Catterax is growing fast. And I needs surgery on Both eyes.

I was at Rankin County Prison from 2020 to 2021.

Left Rankin, moved to MTC in Meridian. Visited the I care provider in the Prison several times, between 2021 to 2023. He told me my site had dropped off sence I was at Rankin. He told me also that I had a Catterax and it was growing. He told me he was not able to peform the surgery but I did need it taken care of.

ALL this time with me strivcing to do good in my schools. My eye were on fire and still are. It is killing me now writing with Burning eyes. The doctor gave me some glasses, but my eyes are changeing so fast, to the worst they did not help.

The eye doctor here at MTC sent me to Hattisburg Ms, to see another eye doctor. Three time from 2022 to 2023

① He X-rayed my eyes. Gave me a test, Looking into a tube and I was to push a button every time I saw a star Like object for about 5 minuits. Then read the Letters with my forhead and chin Lock down. That was about it. ALL this, he told me that I would have to come back in two weeks. He told me that he was going to send for me some eye drops that the next time I would have surgery. Removeing the Catterax, and the drops would be Left up to Me, To use right after the surgery.

Some one took several months in a sceam, before I would be able to go back to Hattisburg, for surgery. I belive other things were wrong with my eye along with the removeable of the Catterax.

The sceam back in Mach of 2023 was to go without a hitch. The Guards and Staff came and loaded me up in a Van. Mrs. Brookshire that works for the Prison Doctor, Arnold as his scheduler.

Around 8:00 AM Back in April 2023 we left Meridian. We headed out to Hattisburg for my Catterax Surgery. The guards were to go straight to the eye clenic in Hattisburg, Orders from Mrs. Brookshire. The guards had there cell phones on and the On Star so we could be tracked.

But this was not for my or any others safety. Brookshire had no intension of me seeing the doctor that day. If anything every came up like this Letter I'm writing today June 8 2023

She would use the Billing Tracking Cell Phone and the On Star statement. The time we left and arrived back Meridian Ms. and arrived at Hattisburg Ms. Also the date, From and how Long we were away From the Prison in Meridian Ms. This was only to cover her and the ARP office.

When we arrived the Guards call Brookshire, parked the Van with me Hand cuffed and shackel at the waist hands, feet at the eye doctor. The two Guards walk off and Lef me sitting. No water, Food, Out side temp was 98° to 101° that day. No way to go to a bathroom. Chained up Like a dog. Note: I have been in Prison going on 5 years Never have I given any Guard, a bad time or inmate. No write ups, or R.V.Rs. Liveing every day with 60 men in one big room. After all this, I never smoked a cig or any type of dope, Spice or Ice, pills, Powder. Back home 34 years Crew Cheif High Voltage Lineman. Never out of 1500 drug test Never failed one.

Page 3

The guards returned from there walk about two hours later. I neve saw them go into the doctor office. Some time later they left and I guess ate Lunch.

I still had no drink or food and very hot in Van with no window to roll down, Have not been to a rest room.

Sometime after 12:00 noon they came back on foot. Call Brookshire they talked a while got into the Van turn off their cell phones, Drove across two on to a Brand new mall, got gas in their malls parking Lot we need this gas billing statement. To show the date, time, GPS Location.

The they went into old navy shoping, I'm still chained. Not been to the bathroom. They have not stop eating or drinking all day.

They got back into the Van have not seen them on the phone. We drove Back to the doctors office, turn around in the parking Lot. Stoped turn there cell phones back on elled Brookshire the we drove back to Meridian we stop one time so they could eat and drink and bathroom

I'm still Locked up no drink, Food, Hot, Chains cutting into my wrist, feet, Waist.

We got back to Meridian Ms. 9 hours later.

Have not Seen and Eye Doctor. Now it is 6/8/23

Thank You

Mark Moree

MDOC #227488
Birthday 2/15/65
58 years Old.